UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DEL RIO LOW,<br><br>                  Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                  Defendant. | Case No. C23-1253-MLP<br><br>MINUTE ORDER |

      The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

      On August 25, 2023, Plaintiff Maria Del Rio Low submitted a Motion for Summary Judgment ("Plaintiff's Motion"), a declaration, and proof of service to the Court for filing. (Dkt. ## 9-11.) The Court observes that Plaintiff's Motion was submitted unsigned and without a noting date. (*See* dkt. # 9 at 1-4.) Pursuant to this Court's Local Civil Rules ("LCR"), all motions shall be dated and signed as provided by Federal Rule of Civil Procedure 11 and LCR 11. LCR 10(e)(4). Motions for summary judgment are to be noted for consideration on a date no earlier than the fourth Friday after filing and service of the motion. LCR 7(d)(3).

MINUTE ORDER - 1

Accordingly, Plaintiff is directed to re-submit a signed version of Plaintiff's Motion by **September 8, 2023**. The Clerk is directed to note Plaintiff's Motion (dkt. # 9) for the Court's consideration on **September 22, 2023**.

Dated this 31st day of August, 2023.

Ravi Subramanian
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2